OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

02 1M
0004279596    DEC 18 2014
$ 00.26⁵

MAILED FROM ZIP CODE 78701

12/17/2014

GARRETT, RODNEY    Tr. Ct. No. 2014-00012-CR    WR-82,394-01

This is to advise that the Court has denied without written order motion for leave to
file the original application for writ of mandamus.

Abel Acosta, Clerk

RODNEY GARRETT, TDC# 827062
BEXAR COUNTY ADULT
200 N. COMAL
SAN ANTONIO, TX 78207

RETURN TO SENDER
INCOMPLETE INFORMATION
NEED SID NUMBER AND UNIT
LOCATION TO IDENTIFY

RETURN TO SENDER
INCOMPLETE INFORMATION
NEED SID NUMBER AND UNIT
LOCATION TO IDENTIFY